UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUTURE TEXTILE, INC., a California corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>ONLY J CORP., a California corporation dba OJ Textile; CREW KNITWEAR, LLC, a Delaware limited liability company; NORDSTROM, INC., a Washington corporation dba Nordstrom Rack and dba HauteLook; and DOES 1 through 10, inclusive,<br><br>          Defendants. | [Hon. Christina A. Snyder, Judge Presiding]<br><br>Case No.: 2:16-cv-06574-CAS-JPR<br><br>**[PROPOSED] ORDER ON JOINT STIPULATION TO DISMISS** |

FOR GOOD CAUSE APPEARING, the following is hereby ORDERED:

A. The complaint is dismissed with prejudice;

B. This dismissal is subject to and predicated upon the settlement agreement that gave rise to this dismissal;

C. This Court will retain jurisdiction to enforce the settlement agreement that precipitated this dismissal; and

D. The parties will each bear their own costs and attorneys' fees incurred in this action.

SO ORDERED.

Dated: January 6, 2017      By: *Christina A. Snyder* (signature)
                                Honorable Christina A. Snyder